# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:21-CV-0650-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's request for relief from filing fees. ECF No. 13. Plaintiff, however, has submitted fee waivers meant for California state courts. Id. His motion is not a motion to proceed in forma under pauperis under 28 U.S.C. § 1915. See id. The Court nevertheless construes Plaintiff's motion as a motion to proceed in forma paupers. The Court has already granted Plaintiff's earlier motion to proceed in forma pauperis. ECF No. 7. Plaintiff's present motion is, therefore, **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: June 29, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1